# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    Kenneth DeRosa | :     Chapter 13 |
|    Paula DeRosa | :     Case No.: 17-16193-AMC |
|    Debtor(s) | : |

## EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY

Debtors, Kenneth and Paula DeRosa, by and through their undersigned counsel bring this Motion to Sell Real Property under Eastern District of Pennsylvania Local Rule 6004-1 and Section 363 of the United States Bankruptcy Code; and in support thereof aver the following:

1. Debtors commenced the instant Chapter 13 matter on September 12, 2017 by filing a Voluntary Petition.

2. The Chapter 13 Plan was confirmed on August 15, 2018.

3. The subject real property is located at 525 Swarthmore Avenue, Swarthmore, PA (hereinafter referred to as "the property") and is owned by the Debtors.

4. Debtors believe it to be in their best financial interest to sell the property.

5. In furtherance of the sale, Debtors retained the services of Heidi Foggo with Compass Real Estate.

6. On or about June 27, 2022, Debtors, by and through their realtor entered into an Agreement of Sale of the property in the amount of $784,000. A true and correct copy of the Agreement of Sale is attached hereto and labeled as **Exhibit "A."**

7. The settlement date for the sale of the subject property is scheduled for August 19, 2022 and therefore an Expedited hearing is requested.

8. The Buyer, Ben Wise, is not and insider of the debtors and the sale represents and arms-length transaction between the parties made without fraud and/or collusion.

9. From the sale proceeds, Debtors intend to satisfy the mortgage(s) held by SN Servicing Corporation and Santander Bank, along with any other liens on the property.

10. Debtors are desirous of receiving their full exemption in the sum of up to $25,150.00 plus any remaining proceeds after all liens and the entire Chapter 13 Balance is satisfied.

**WHEREFORE**, Debtors respectfully request that the Court enter an Order: (i) Granting this Motion, (ii) Authorizing the debtor to sell the Property to the proposed buyer under the terms of that Agreement for the Sale of Real Estate free and clear of liens, claims interests and encumbrances, and, (iii) Granting the debtor such other and further relief to which they may be justly entitled.

Dated: July 13, 2022

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtors
Sadek and Cooper, LLC.
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008