American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**File No./Escrow No.:**
GA-31284-PA-S

**Print Date & Time:**
08/01/2022 02:58 PM

**Officer/Escrow Officer:**

Great American Abstract

728 South Broad Street, 3rd Floor
Philadelphia, PA 19146

**Settlement Location:**
1404-11 Pemberton Street, (located behind townhouses), Philadelphia, PA 19146

**Property Address:** 525 North Swarthmore Avenue, Swarthmore, PA 19081
**Buyer:** Ben Wise, Samantha Scherm
**Seller:** Kenneth R. DeRosa, Paula DeRosa
**Lender:** NBKC Bank

**Settlement Date:** 8/19/2022
**Disbursement Date:** 8/19/2022
**Additional dates per state requirements:**

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $784,000.00 | Sales Price of Property | $784,000.00 | |
| | | Deposit | | $40,000.00 |
| | | Loan Amount | | $647,200.00 |
| $20,000.00 | | Seller Credit | | $20,000.00 |
| | | **Prorations/Adjustments** | | |
| | | City/Town Taxes from 8/19/2022 to 12/31/2022 | $1,078.56 | |
| | | County Taxes from 8/19/2022 to 12/31/2022 | $668.11 | |
| | | School Taxes from 8/19/2022 to 6/30/2023 | $14,295.08 | |
| | $1,078.56 | City/Town Taxes from 8/19/2022 to 12/31/2022 | | |
| | $668.11 | County Taxes from 8/19/2022 to 12/31/2022 | | |
| | $14,295.08 | School Taxes from 8/19/2022 to 6/30/2023 | | |
| | | **Other Loan Charges** | | |
| | | Tax Cert Fee to Great American Abstract | $65.00 | |
| $35.00 | | Title - Notary Fee to Great American Abstract-700 | $65.00 | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | 100 No Viol with Great American Abstract | $100.00 | |
| | | 300 Survey with Great American Abstract | $100.00 | |
| | | 900 EPL-Res with Great American Abstract | $100.00 | |
| | | ClosingProtecLtr with Great American Abstract | $125.00 | |
| | | Lender's Policy with Great American Abstract | $3,979.88 | |

| Seller | | Description | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| $18.00 | | Wire Fee with Great American Abstract-700 | $18.00 | |
| | | Owner's Policy with Great American Abstract | $620.16 | |
| | | **Government Recording and Transfer Charges** | | |
| $7,840.00 | | State Tax/stamps to Recorder of Deeds, Agent | | |
| | | Recording Fees (Deed) to Delaware County Recorder of Deeds | $150.00 | |
| | | Recording Fees (Mortgage) to Delaware County Recorder of Deeds | $250.00 | |
| | | City/County tax/stamps to Recorder of Deeds, Agent | $7,840.00 | |
| | | **Miscellaneous** | | |
| | | Flat Fee Commission-ESTIMATE to Keller Williams | $495.00 | |
| $16,511.72 | | 2022/2023 School Taxes to WALLINGFORD-SWARTHMORE SD | | |

| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| $44,404.72 | $800,041.75 | Subtotals | $813,949.79 | $707,200.00 |
| | | Due From Borrower | | $106,749.79 |
| $755,637.03 | | Due To Seller | | |
| $800,041.75 | $800,041.75 | Totals | $813,949.79 | $813,949.79 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Great American Abstract to cause the funds to be disbursed in accordance with this statement.

_____
Ben Wise

_____
Samantha Scherm

_____
Kenneth R. DeRosa

_____
Paula DeRosa

_____
Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.

GA-31284-PA-S
Printed On: 08/01/2022 02:58 PM