UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Kenneth DeRosa<br>Paula DeRosa aka Paula Richi<br>        Debtor.<br><br>SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>        Movant<br>v.<br><br>Kenneth DeRosa<br>Paula DeRosa aka Paula Richi<br>William C. Miller, Esq.- Trustee<br>        Respondents. | Case No.: 17-16193-amc<br><br>Chapter 13<br><br>Judge Ashely M. Chan |

**SETTLEMENT STIPULATION RESOLVING CREDITOR, SN SERVICING CORPORATION, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST'S
<u>LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL PROPERTY</u>**

AND NOW, upon the Motion of Debtors, Kenneth DeRosa and Paula DeRosa aka Paula Richi (the "Debtor") for Sale of the Property located at 525 N. Swarthmore Avenue, Swarthmore, PA 19081 (the "Property"), and the Limited Objection of Creditor, SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust (the "Creditor"), it is hereby agreed as follows:

1. Debtor has entered into an Agreement of Sale for the sale of the Property for the amount of $784,000.00.

2. The current payoff amount to pay Creditor's loan in full is approximately $367,148.78, good through August 19, 2022. Should the sale of the Property not take place on or before August 19, 2022, Debtor shall request an updated payoff amount from Creditor.

3.  Creditor's Claim shall be paid in full from the proceeds of the sale of the Property, absent further Order of the Court.

4.  The parties request that this Honorable Court approve this Stipulation.

Dated: July 27, 2022

/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
*Attorney for Creditor*

Dated: July 26, 2022

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
*Attorney for Debtor*

Dated: August 1, 2022

/s/ Jack Miller for*
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
*Chapter 13 Trustee*

* The Chapter 13 Trustee has no objection to the terms of the herein Stipulation, without prejudice to any of the Chapter 13 Trustee's rights and remedies.